UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADAM C. FARNEY,
    Plaintiff,

vs.                                      Case No.:  3:24-cv-189/MCR/ZCB

GEO GROUP, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 30, 2024.  (Doc. 34).  The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 34) is adopted and incorporated by reference in this order.

2. Plaintiff's Third Amended Complaint is **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).[1]

3. The Clerk of Court must enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 31st day of December 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.